# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHOUA XIONG and HOPE XIONG,

    Plaintiffs,

v.                                        Case No:   6:22-cv-1957-RBD-LHP

UNITED STATES OF AMERICA,
BRIAN BOGDANOWICZ, MEDI-
QUICK URGENT CARE CENTERS,
INC. and MEDI-QUICK URGENT
CARE CENTERS, LLC,

    Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO COMPEL DISCOVERY OF MENTAL HEALTH PROVIDERS, SCHOOLS ATTENDED, PEDIATRICIANS AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT   (Doc. No. 76)
>
> **FILED:** July 28, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with Local Rule 1.08. In addition, the motion fails to fully comply with the Standing Order on Discovery Motions. *See* Doc. No. 36 ¶ 3 (requiring attachment of any discovery requests and responses). Finally, Defendants filed this motion on July 28, 2023, but the conferral on the motion apparently occurred on July 7, 2023. *See* Doc. No. 76, at 4. Accordingly, any renewed motion may be filed only after conducting an additional conferral with Plaintiffs, and a renewed motion must include an updated Local Rule 3.01(g) certification.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2023.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties